JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS RAMOS, individually, on a representative basis, and on behalf of all others similarly situated;<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FLEETWOOD HOMES, INC., a Delaware Corporation; CAVCO INDUSTRIES, INC., a Delaware Corporation; and DOES 1 through 20, inclusive;<br><br>　　　　　Defendants. | Case No.: 5:23-cv-02360-JLS (SHKx)<br><br>**ORDER ON STIPULATION REMANDING ACTION TO RIVERSIDE SUPERIOR COURT (Doc. 19)** |

1 | Upon stipulation of the Parties (Doc. 17), and for good cause appearing, the Court ORDERS as follows: Plaintiff's case is remanded to the Riverside Superior Court Case No. CVRI2305511 on the terms set forth in the Parties' stipulation. This action is ordered administratively closed.

IT IS SO ORDERED.

DATED: August 7, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE